UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

　　　　-against-

Jagtar Chadha

　　　　　　　Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

7:20-MJ-600-UA

Defendant Jagtar Chadha hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐　　Initial Appearance Before a Judicial Officer

☒　　Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐　　Guilty Plea/Change of Plea Hearing

☐　　Bail/Detention Hearing

☐　　Conference Before a Judicial Officer - Assignment of Counsel

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

JAGTAR S. CHADHA
Print Defendant's Name

_____
Defendant's Counsel's Signature

Jeffrey Einhorn, Esq.
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

9/28/20
Date

_____
U.S. District Judge/U.S. Magistrate Judge