UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,    :
    :  **ORDER**
v.    :
    :  20 CR 512 (VB)
JAGTAR CHADHA,    :
    Defendant.    :
--------------------------------------------------------x

    A status conference in this matter is scheduled for October 15, 2020, at 12:00 p.m. Because of the current public health emergency, the Court will conduct the conference by telephone, provided that defendant waives his right to be physically present and consents to appear by telephone after consultation with counsel.

    Accordingly, it is hereby ORDERED:

    1. By October 8, 2020, defense counsel shall advise the Court in writing as to whether his client waives his right to be physically present and consents to appear by telephone.

    2. At the time of the scheduled hearing, all counsel and defendant shall attend by calling the following number and entering the access code when requested:

    **Dial-In Number:**    **(888) 363-4749 (toll free) or (215) 446-3662**
    **Access Code:**    **1703567**

Dated: September 29, 2020
    White Plains, NY

    SO ORDERED:

    _____
    Vincent L. Briccetti
    United States District Judge