UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

__USA__,
　　　　　Plaintiff(s),

v.

__Chadha__,
　　　　　Defendant(s).
------------------------------------------------------------x

**CALENDAR NOTICE**

20 cr 512 (VB)

　　　**PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled/~~ re-scheduled for:

✓ Status conference (Plea)　　___ Final pretrial conference

___ Telephone conference　　___ Jury selection and trial

___ Pre-motion conference　　___ Bench trial

___ Settlement conference　　___ Suppression hearing

___ Oral argument　　___ Plea hearing

___ Bench ruling on motion　　___ Sentencing

on __4-22-__ 20__21__, at __2:30 pm__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __1-25-21__

　　　**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __1-11-__, 20__21__
　　　White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge