IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/30/21

| | |
|---|---|
| UNITED STATES OF AMERICA * | |
| v.   * | Case No.: 20 Cr. 512 (VB) |
| JAGTAR CHADHA   * | |
| Defendant.   * | |

## ORDER ON MOTION TO MODIFY CONDITIONS OF RELEASE
## TO PERMIT OUT OF STATE TRAVEL

This Court, upon consideration of the Defendant Jagtar Chadha's Motion to Modify Conditions of Release to Permit Out of State Travel, and noting the consent of the government and the Office of U.S. Pretrial Services, hereby ORDERS that the Motion is GRANTED, as follows:

Mr. Chadha is permitted to travel between New York and Indiana between May 1 and May 4, 2021. Such travel is subject to the approval of his pretrial services officer.

Date: April 30, 2021

_____
Hon. Vincent L. Bricetti
United States District Judge

4835-4713-5710, v. 1