IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case No.: 20 Cr. 512 (VB) |
| JAGTAR CHADHA | * | |
| Defendant. | * | |

**ORDER ON UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE TO PERMIT OUT OF STATE TRAVEL**

This Court, upon consideration of the Defendant Jagtar Chadha's Unopposed Motion to Modify Conditions of Release to Permit Out of State Travel, and noting the consent of the government and the Office of U.S. Pretrial Services, hereby ORDERS that the Motion is GRANTED, as follows:

Mr. Chadha is permitted to travel between New York and Massachusetts on October 29, 2021 and returning on November 1, 2021. Such travel is subject to the approval of his pretrial services officer.

Date:   October 26, 2021

_____
United States District Judge