UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,      :
                               :    **ORDER**
v.                             :
                               :    20 CR 512 (VB)
JAGTAR CHADHA,                 :
                  Defendant.   :
--------------------------------------------------------------x

      By letter dated October 4, 2023, defendant Jagtar Chadha, who is currently serving a three-year term of supervised release, has requested permission to travel to India from October 22 to November 27, 2023, for the purpose of visiting relatives and looking into the possibility of future business opportunities. The Court has communicated with defendant's probation officer, who has expressed a legitimate concern that any time beyond two weeks outside the country limits effective supervision, especially considering the nature of the underlying offense (illegal importation of electronic cigarettes) and the fact that the instant offense was committed while defendant was on supervised from a prior federal conviction. However, the Court previously permitted defendant to travel out of state (although not out of the country) on several occasions without incident, defendant has been fully compliant with the conditions of supervised release to date, and a thirty day (rather than two week) visit to India is not unreasonable considering the costs of travel and length of flights. Moreover, the Court is confident defendant is highly motivated not to violate the conditions of supervised release, and is thus unlikely to do so.

      Under the circumstances, defendant's request to travel to India from October 22 to November 27, 2023, is GRANTED, provided that no less than 72 hours prior to departure, he provides a complete travel itinerary (including, at a minimum, flight details, address(es) where he will be staying in India, and the names and contact information of the family members with whom he will be staying) to his probation officer. Moreover, while on travel, defendant shall contact his probation officer no less than every seven days by email or telephone, to confirm his whereabouts. Within three days of his return, defendant shall provide his probation officer with details regarding the future business opportunities he pursued while in India.

Dated: October 11, 2023
      White Plains, NY

                                  SO ORDERED:

                                  *[signature]*

                                  Vincent L. Briccetti
                                  United States District Judge